UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EVERETT K. OGBURN, | ) |
| | ) |
| Movant, | ) No. 3:09-0494 |
| | ) (Criminal Case No. 3:03-00205-04) |
| v. | ) JUDGE ECHOLS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, Everett K. Ogburn's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is hereby DENIED.

This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

Because Movant cannot demonstrate that jurists of reason would find it debatable whether the Court was correct in its rulings, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE